UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>ELAN MEDICAL CORPORATION,<br>        Debtor. | No. 2:17-cv-02391-MCE |
| ELAN MEDICAL CORPORATION,<br>        Plaintiff,<br>    v.<br>JAMI COX,<br>        Defendant. | BK. Case No. 17-22713-C-11<br>Adv. Proc. No. 17-02184-C<br>**ORDER** |

The Court is in receipt of Defendant Jamie Cox's Motion to Withdraw Reference (ECF No. 1) and Plaintiff Elan Medical Corporation's Statement of Non-Opposition (ECF No. 3). That Motion is hereby GRANTED.

IT IS SO ORDERED.

Dated: January 3, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1