SARAH M. STUPPI, CAL. BAR NO. 103041
LAW OFFICES OF STUPPI & STUPPI
1630 North Main Street #332
Walnut Creek, CA 94596
Telephone: (415) 786-4365
Facsimile: (925) 287-8113
Email: Sarah@stuppilaw.com
Counsel to Debtor, Elan Medical Corporation

RALPH A. ZAPPALA, SBN 102052
BUSBY & ZAPPALA LLP
251 Lafayette Circle, Suite 350
Lafayette, CA 94549
Telephone: (925) 299-9600
Facsimile: (925) 299-9608
E-mail: RZappala@bzlawllp.com
Special Counsel to the Debtor, Élan Medical Corporation
and Madeline Andrew, M.D. and Paul Kivela, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| In re:<br><br>ELAN MEDICAL CORPORATION,<br><br>Debtor.<br><br>ELAN MEDICAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JAMI COX,<br><br>Defendant. | District Court Case No. 2:17-cv-02391 MCE CKD (BK)<br><br>BK. Case No. 17-22713-C-11<br><br>Chapter 11<br><br>ORDER GRANTING MOTION PURSUANT TO BANKRUPTCY RULE 9019 (a) FOR APPROVAL OF SETTLEMENT AND COMPROMISE OF JAMI COX LITIGATION AND CLAIM OBJECTION<br><br>(No Hearing Required) |

1

The *Motion Pursuant to Bankruptcy Rule 9019 (a) for Approval of Settlement and Compromise of Jami Cox Litigation and Claim Objection* ("Compromise Motion") (Docket No. 18) was timely filed and served on September 6, 2018 by counsel to Elan Medical Corporation ("Debtor").

The Court, having reviewed the Compromise Motion and supporting documents, and no opposition having been filed, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Compromise Motion is granted.

2. The Debtor is authorized to take such actions as are necessary to perform its obligations under the compromise.

IT IS SO ORDERED.

Dated: October 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE