RALPH A. ZAPPALA, SBN 102052
ERIN S. SANCHEZ, SBN 238450
BUSBY ZAPPALA & SANCHEZ LLP
251 Lafayette Circle, Suite 350
Lafayette, CA 94549
Telephone:     (925) 299-9600
Facsimile:      (925) 299-9608
rzappala@bzlawllp.com
esanchez@bzlawllp.com

Attorneys for ELAN MEDICAL CORPORATION,
MADELINE ANDREW, M.D. and PAUL KIVELA, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ELAN MEDICAL CORPORATION,<br><br>    Debtor.<br><br>ELAN MEDICAL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>JAMI COX,<br><br>    Defendant. | Case No. 2:17-cv-02391 MCE CKD<br><br>BK. Case No. 17-22713-C-11<br><br>Chapter 11<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER THEREON**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss this action in its entirety with prejudice, with each party to bear its own costs, attorney fees and expenses.

IT IS SO STIPULATED.

Dated: October 24, 2018                BUSBY ZAPPALA & SANCHEZ LLP


                                                By:   /s/ Ralph A. Zappala
                                                        RALPH A. ZAPPALA
                                                        ERIN S. SANCHEZ
                                  Attorneys for ELAN MEDICAL CORPORATION,
                                  MADELINE ANDREW, M.D. and
                                  PAUL KIVELA, M.D.

Dated: October 16, 2018    LAW OFFICES OF STUPPI & STUPPI

By: /s/ Sarah M. Stuppi
SARAH M. STUPPI
Attorneys for ELAN MEDICAL CORPORATION

Dated: October 23, 2018    THAKUR LAW FIRM, APC

By: /s/ Pamela Tahim Thakur
PAMELA TAHIM THAKUR
Attorneys for JAMI COX

## **ORDER**

In accordance with the parties' stipulation, and good cause appearing, this action is dismissed, with prejudice, with each party to bear its own attorney fees, costs, and expenses. The matter having been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: October 26, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE